IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 09-cr-00462-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

COYTE HOLBERT,

        Defendant.

_____

### ORDER REVOKING SUPERVISED RELEASE
_____

        This matter is before the Court upon report of the probation officer that Defendant violated the conditions of his supervised release. At a Supervised Release Violation Hearing on January 2, 2013, the Defendant admitted to violations 3, 5 and 7 as alleged in the probation officer's petition. It is

        **ORDERED** that the Defendant's supervised release is revoked. It is

        **FURTHER ORDERED**, that no incarceration penalty is imposed and no further supervised release is imposed.

        DATED this 15th day of January, 2013.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        Chief United States District Judge